# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11cv141

| | | |
|---|---|---|
| **TAMMY BRYAN** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **KATHY J. BRYAN, formerly known as** | ) | |
| **Kathy J. Chidnese,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties have requested a conference with the Court prior to the entry of a scheduling order. Accordingly, the Court **DIRECTS** the parties to appear for a status conference on December 7, 2011, at 2:00 p.m. in Courtroom 2 at the United States District Court Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina.

Signed: November 30, 2011

Dennis L. Howell
United States Magistrate Judge

1