# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11cv141

| | |
|---|---|
| TAMMY BRYAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KATHY J. BRYAN, formerly known as ) | |
| Kathy J. Chidnese, ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is Defendant's Motion to Seal [# 43]. Defendant moves to seal any private documents obtained by Plaintiff through various subpoenas issued to third partes. The Court **GRANTS** the motion [# 43]. The Court **DIRECTS** Plaintiff to file any documents containing private information concerning the Defendant which she receives in response to the subpoenas under Seal. Such documents will remain under seal until further order of this Court.

Signed: October 18, 2012

Dennis L. Howell
United States Magistrate Judge