IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 CV 141

TAMMY BRYAN,

    Plaintiff,

v.

                          <u>JUDGMENT</u>

KATHY J. BRYAN,

    Defendant.

**THIS MATTER** having come before the Court in accordance with 28, U.S.C., Section 636(c), and the following issues having been submitted to and tried by a jury, and the Verdict of the jury having been duly recorded and entered upon the record and the following issues having been submitted to and answered by the jury as follows:

    (1)    Did defendant, Kathy J. Bryan, by acts committed in the State of North Carolina, maliciously and wrongfully cause the alienation of a genuine marital relationship between the Plaintiff and her spouse?

    Answer:    NO

    (5)    Did the Defendant commit acts of criminal conversation with the Plaintiff's spouse in the State of North Carolina?

    Answer:    Yes

    (6)    What amount is the Plaintiff entitled to recover from the Defendant for the acts of criminal conversation of the Defendant?

    Answer:    <u>$300,000.00</u>

    (7)    Is the Defendant liable to the Plaintiff for punitive damages for acts of criminal conversation of the Defendant in the State of North Carolina?

Answer: Yes

(8) What amount of punitive damages, if any, does the jury in its discretion award to the Plaintiff for acts of criminal conversation with the Plaintiff's spouse in the State of North Carolina?

Answer: $200,000.00

**IT IS, THEREFORE**, **ORDERED, ADJUDGED AND DECREED** in accordance with the Verdict that the Plaintiff **TAMMY BRYAN** recover of the Defendant **KATHY J. BRYAN** the sum of $500,000.00, with interest thereon accruing at the rate provided by law, and her costs of this action as may be determined by the Clerk of this court.

Signed: November 5, 2012

Dennis L. Howell
United States Magistrate Judge